[No. 37921-0-II. Division Two. July 27, 2010.]

*In the Matter of the Marriage of* WALTER JAMES GOLDSMITH, *Appellant*, and CRYSTAL HAUNG SOON KWAK-GOLDSMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-3-00524-3, John C. Purbaugh, J. Pro Tem., entered June 13, 2008. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 38323-3-II. Division Two. July 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME CEASAR ALVERTO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02214-1, Kitty-Ann van Doorninck, J., entered September 12, 2008. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 38636-4-II. Division Two. July 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. T.T., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-8-00014-0, David L. Edwards, J., entered November 14, 2008. *Reversed* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Van Deren, JJ.

[Nos. 38738-7-II; 39478-2-II. Division Two. July 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIZABETH STALLINGS, *Appellant*.

Appeals from a judgment of the Superior Court for Clallam County, No. 07-1-00153-0, George L. Wood, J., entered January 8, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.